# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ANDREW HIEB,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondents.

CASE NO. C19-5416 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's federal habeas petition, Dkt. 6, is **DISMISSED without prejudice**;

(3) A certificate of appealability is **DENIED**; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 23rd day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1